JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JO PETERS, <br>         Plaintiff, <br>   v. <br> RUST CONSULTING, INC., et al. <br>         Defendants. | Case No. <br> EDCV 13-1194 JGB(DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 31, 2014

                                            JESUS G. BERNAL <br>
                                   United States District Judge